IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN DAVID LEE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 1:15cv205-MHT |
| ) | (WO) |
| GENEVA COUNTY SHERIFF'S ) | |
| OFFICE and HARTFORD POLICE ) | |
| CHIEF ANNIE WARD, ) | |
| ) | |
|     Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate in the Geneva County Jail, filed this lawsuit challenging alleged tampering with evidence during his criminal jury trial.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of August, 2015.

                                            /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE