IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JUSTIN DAVID LEE,              )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )       1:15cv205-MHT
                               )           (WO)
GENEVA COUNTY SHERIFF'S        )
OFFICE and HARTFORD POLICE     )
CHIEF ANNIE WARD,              )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 9) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 8) is adopted.

(3) The § 1983 claims against the Geneva County Sheriff's Office are dismissed with prejudice.

(4) To the extent plaintiff seeks to challenge alleged tampering with evidence related to his

criminal trial and the constitutionality of the conviction(s) imposed upon him by the Circuit Court for Geneva County, Alabama, such claims are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of August, 2015.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**